[No. 19476.   Department Two.   December 22, 1925.]

FEDERAL ELECTRIC COMPANY, *Appellant,* v. E. F. GAY *et al.,*
*Respondents.*[1]

Appeal from a judgment of the superior court for Skagit county,
Joiner, J., entered October 10, 1924, upon findings in favor of the
defendant, in an action tried to the court.   Reversed.

.   *R. V. Welts,* for appellant.
*Thomas Smith* and *James G. Smith,* for respondents.

PER CURIAM.—The appeal in this case presents no problem other
than that arising from the facts, and nothing would be gained by a
statement of what is shown by the evidence.   We will content our-
selves with the statement that a reading of it obliges us to disagree
with the findings made by the trial court and to conclude that the
facts as they appear in the statement preponderate against those
findings.   For that reason, the judgment is reversed and the cause
remanded with instructions to enter a judgment as prayed for by
the appellant.

---

[No. 19357.   Department Two.   January 11, 1926.]

SUNNYSIDE NATIONAL BANK, *Respondent,* v. GEORGE R. GOCHNOUR
*et al., Appellants.*[2]

Appeal from a judgment of the superior court for Yakima county,
Hawkins, J., entered December 5, 1924, upon findings in favor of
the plaintiff.

*O. L. Boose* and *H. J. Snively,* for appellants.
*Stephen E. Chaffee,* for respondent.

MAIN, J.—The record in this case consists of the complaint,
judgment, notice of appeal, and supersedeas and cost bond, all of
which are embodied in the clerk's transcript.   The judgment recites
that the trial court made and entered its findings of fact and con-
clusions of law in favor of the plaintiff, but these are not in the
record.   The answer to the complaint is not included in the transcript.
There is no statement of facts or bill of exceptions.

Upon this record there is no question presented for review and
the judgment will, therefore, be affirmed.

TOLMAN, C. J., MITCHELL, MACKINTOSH, and PARKER, JJ., concur.

[1]Reported in 241 Pac. 1119.
[2]Reported in 242 Pac. 26.